**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**ERIC MCGEE**                                                                                    **PLAINTIFF**

**V.**                                        **NO. 3:22-cv-00158-LPR-ERE**

**PATRICIA MARSHALL,** *et al.*                                        **DEFENDANTS**

## ORDER

Pending before the Court is Plaintiff Eric McGee's motion for leave to proceed *in forma pauperis* (IFP). *Doc. 3*. In his motion, Mr. McGee explains that Poinsett County officials have refused to complete his jail account information sheet required to complete his IFP application.

IT IS THEREFORE ORDERED THAT:

1.      Mr. McGee's motion to proceed IFP (*Doc. 3*) is DENIED, as incomplete.

2.      The Clerk of Court is directed to enclose another IFP application, along with a copy of this Order.

3.      Mr. McGee must return a completed IFP application, including an accompanying affidavit and jail account information sheet, or pay the $402.00 filing fee within 30 days. Mr. McGee should promptly notify the Court if Poinsett County officials continue to refuse to complete his IFP application so that the Court can schedule a hearing to resolve this preliminary issue.

4.      The Clerk is directed to send a copy of this Order to the Warden of the

Poinsett County Detention Center, 1500 Justice Drive, Harrisburg, Arkansas 72342.

Dated this 12th day of July, 2022.

_____
UNITED STATES MAGISTRATE JUDGE