# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**ERIC MCGEE**             **PLAINTIFF**

**V.**             **NO. 3:22-cv-00158-LPR**

**PATRICIA MARSHALL,** *et al.*             **DEFENDANTS**

## **ORDER**

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. No objections have been filed, and the time for doing so has passed. After a careful and *de novo* review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. McGee's claims are DISMISSED without prejudice based on his failure to state a plausible claim for relief against Defendants. Judgment shall be entered accordingly, and this case will be CLOSED. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 28th day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE